AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Utah

UNITED STATES OF AMERICA
v.
Mauro Herrera

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

Case No. DUTX: 4:22-cr-00070-DN-1

USM No. 96098-298

Robert K. Hunt
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1 & 2 of the term of supervision.

☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | On or about March 27, 2022, the person under supervision committed another federal, state, or local crime, to wit: possessed fentanyl with the intention of distributing it. | |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4431

Defendant's Year of Birth: 1987

City and State of Defendant's Residence:
Hemet, CA

04/20/2023
Date of Imposition of Judgment

[signature]
Signature of Judge

David Nuffer, U.S. District Judge
Name and Title of Judge

04/24/2023
Date

DEFENDANT: Mauro Herrera
CASE NUMBER: DUTX: 4:22-cr-00070-DN-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | On or about March 27, 2022, the person under supervision committed another federal, state, or local crime, to wit: possessed methamphetamine with the intention of distributing it. | |

DEFENDANT: Mauro Herrera
CASE NUMBER: DUTX: 4:22-cr-00070-DN-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

12 months, (concurrent to 4:22CR00044-001).

☑ The court makes the following recommendations to the Bureau of Prisons:

Court recommends the defendant be designated and housed in the State of Oregon or Los Angeles California area to facilitate family visitation. Defendant to participate in RDAP or any other treatment for substance abuse that is available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at __________ ☐ a.m. ☐ p.m. on __________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on __________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __________ to __________

at __________ with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Mauro Herrera
CASE NUMBER: DUTX: 4:22-cr-00070-DN-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

None

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: Mauro Herrera
CASE NUMBER: DUTX: 4:22-cr-00070-DN-1

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The balance of all previously imposed monetary obligations are reimposed